# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 2:14-cr-00260-JAD-GWF |
| vs. | ) | **ORDER** |
| KENNETH TARALDSEN, | ) | |
| Defendant. | ) | Ex-Parte Motion to Withdraw and Appointment of New Counsel (#11) |

This matter comes before the Court on Assistant Federal Public Defender Heidi A. Ojeda's Ex-Parte Motion to Withdraw and Appointment of New Counsel (#11) for Kenneth Taraldsen ("Defendant"), filed on August 25, 2014. Defendant's arraignment is set for September 4, 2014. Counsel represents that her representation of Defendant creates a serious conflict, which necessitates the need for withdrawal. Local Rule IA 10-6(b) provides that "[n]o attorney may withdraw after appearing in a case except by leave of court after notice served on the affected client and opposing counsel." The Court finds that counsel establishes good cause for the withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Assistant Federal Public Defender Heidi A. Ojeda's Ex-Parte Motion to Withdraw and Appointment of New Counsel (#11) for Defendant Kenneth Taraldsen is **granted**.

**IT IS FURTHER ORDERED** that a hearing to appoint CJA counsel is set for **Tuesday, September 2, 2014** at 10:30 A.M. in Courtroom 3A before the undersigned.

DATED this 27th day of August, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge