```
_____ FILED            _____ RECEIVED
_____ ENTERED          _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

         SEP - 2 2014

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | 2:14-cr-00260-3-JAD-GWF |
| vs. ) | |
| KENNETH ROY TARALDSEN, ) | |
|     Defendant. ) | **ORDER** |

On August 28, 2014, this Court granted the Federal Public Defenders Sealed Motion to Withdraw as Counsel for Kenneth Roy Taraldsen (docs. 11, 21).

IT IS ORDERED that GABRIEL L. GRASSO is appointed as counsel in place of the Federal Public Defender's Office for all future proceedings.

The Federal Public Defender's Office shall forward the file to Mr .Grasso forthwith.

Mr. Grasso's address is 9525 Hillwood Drive, Suite 190, Las Vegas, NV 89134 and phone number is 702-868-8866.

DATED this 2nd day of September, 2014.
Nunc Pro Tunc: August 29, 2014.

_____
UNITED STATES MAGISTRATE JUDGE