NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-0260-JAD-EJY |
| Plaintiff, | |
| vs. | STIPULATION TO EXTEND TIME TO CONDUCT PRELIMINARY HEARING |
| KENNETH ROY TARALDSEN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney; Susan Cushman, Assistant United States Attorney, counsel for the United States of America and Emily Strand, Esq., counsel for defendant, that the preliminary hearing pursuant to Fed. R. Crim P. 32.1(b)(1) in the above-captioned matter currently scheduled for Tuesday, January 26, 2021, at 1:00 p.m. be vacated and continued for two weeks.

This Stipulation is entered into for the following reason:

1. Counsel for the defendant requests time to review discovery and discuss it with her client.

2. Defendant is detained and does not object to the continuance.

3. The parties agree to the continuance

4. This is the first request to continue the preliminary hearing.

DATED this <u>21st</u> day January, 2021.

                Respectfully Submitted,

                NICHOLAS A. TRUTANICH
                United States Attorney

                <u>/s/ Susan Cushman</u>
                SUSAN CUSHMAN
                Assistant United States Attorney

                <u>/s/ Emily Strand</u>
                EMILY STRAND
                Counsel for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:14-cr-0260-JAD EJY |
| Plaintiff, | ) | ~~(Proposed)~~ |
| vs. | ) | ORDER |
| KENNETH ROY TORALDSEN, | ) | |
| Defendant. | ) | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the preliminary hearing pursuant to Fed. R. Crim P. 32.1(b)(1) in the above-captioned matter is continued to February 10, 2021 at 10:30 a.m., in a Courtroom to be determined.

DATED this 22nd of January, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

3