UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:14-cr-0260-JAD-EJY |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| KENNETH ROY TARALDSEN, | ) | ECF No. 163 |
| Defendant. | ) | |

Based on the Stipulation of counsel and good cause appearing, IT IS ORDERED that the revocation hearing be reset to February 22, 2021, at 10:00 a.m.

DATED this 29th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE