UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00260-JAD-EJY |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| ALBERT FRANCIS PLANELLS, et al. | |
| Defendants. | |

Before the Court is Defendant Kenneth Roy Taraldsen's Motion for Relief, which he filed *pro se*. ECF No. 173. Local Rule LR IA 11-6(a) provides that "a party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." The Court's docket shows that Defendant Taraldsen is represented by counsel. Thus, Defendant's *pro se* Motion for Relief is improper and must be stricken.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for Relief (ECF No. 173) is STRUCK from the record.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

Dated: March 11, 2021